UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|           ) | |
|      v.             ) | Crim. NO. 02-10301-NG |
|           ) | |
| JONATHAN HART and       ) | |
| EDWARD WASHINGTON,      ) | |
|     Defendants.       ) | |

GERTNER, D.J.:

## JUDGMENT OF ACQUITTAL

On January 10, 2006, the jury in this case was unable to reach a verdict.  This Court declared a mistrial.  After having reserved the defendants' motions under Rule 29, which have been renewed upon the Court's declaration of a mistrial, the Court grants the judgments of acquittal in favor of Jonathan Hart and Edward Washington on all counts.

It is hereby **ORDERED** that **the defendants Jonathan Hart and Edward Washington are acquitted on all counts and are discharged and any bond exonerated.**

SO ORDERED.

Date:  January 11, 2006        /s/NANCY GERTNER, U.S.D.J.